IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CV-106-FL

THOMAS E. PEREZ,            )
SECRETARY OF LABOR,         )
MINE SAFETY AND HEALTH      )
ADMINISTRATION (MSHA),      )
on behalf of FRED MCKINSEY, )
                            )
       Plaintiff,           )    ENTRY OF DEFAULT
                            )
    v.                      )
                            )
PRETTY GOOD SAND COMPANY,   )
INC.,                       )
       Defendant.           )

Upon motion, request, and proper showing by attorney for Plaintiff, United States of America, the above-named Defendant having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said Defendant.

This the 28th day of October, 2015.

_____
JULIE RICHARDS JOHNSTON, Clerk
United States District Court